UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

TROY H. RISCHE,

    Plaintiff,                                       ORDER

       v.                                      Case No. 10-cv-792-slc

JERRY D. KETTERER,

    Defendant.

---

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 26th day of January, 2012.

                                                      Stephen L. Crocker
                                                      Magistrate Judge